## WILEY v. FOWLER.

(Decided May 12, 1931.)

WOODWARD, HAMILTON & HOBSON and WILBUR FIELDS for movant.

LAWRENCE S. GRAUMAN opposed.

PER CURIAM. Judgment for $240 in an action for rents.

Appeal denied; judgment affirmed.

## GAMBRELL v. COMMONWEALTH.

(Decided May 19, 1931.)

TUGGLE & TUGGLE for movant.

J. W. CAMMACK, Attorney General, and HOWARD SMITH GENTRY opposed.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## MILLS v. COMMONWEALTH.

(Decided May 19, 1931.)

V. R. LOGAN for movant.

J. W. CAMMACK, Attorney General, and HOWARD SMITH GENTRY opposed.

PER CURIAM. Judgment of conviction for cutting and wounding, imposing a fine of $300 and 6 months in jail.

Appeal denied; judgment affirmed.